UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>JORDEN BLACK BEAR, *also known as* Jordan Black Bear,<br><br>　　　　Defendant. | 5:23-CR-50200-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND ORDER SCHEDULING SENTENCING |

On June 10, 2024, defendant, Jorden Black Bear, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the Indictment. The Indictment charges Black Bear with possession of a firearm and ammunition by a prohibited person, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). Both parties waived any objection to the report and recommendation. After a de novo review of the record, it is

ORDERED that the report and recommendation (Docket 25) is adopted. The defendant is adjudged guilty of possession of a firearm and ammunition by a prohibited person, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). It is

FURTHER ORDERED that the sentencing hearing in this matter will be on August 30, 2024, at 2:00 p.m. in Rapid City, Courtroom 2.

Dated June 11, 2024.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE